| | |
|---|---|
| Name | Gregory B. Collins |
| Bar # | 023158 |
| Firm | Kercsmar Feltus & Collins, PLLC |
| Address | 7150 E. Camelback Road |
| | Suite 285 |
| | Scottsdale, AZ 85251 |
| Telephone | (480) 990-6214 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Shana Robertson,

    Plaintiff,

vs.

Argent Trust Company, et al.

    Defendant.

Case No. CV-21-1771-PHX-DWL

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Argent Trust Company in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____Relationship_____

☑ Other(please explain)
See Addendum A.
_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  13th  day of  December , 2021 .

/s/ Gregory B. Collins
_____
Counsel of Record

Certificate of Service:

I hereby certify that on December 13, 2021, I electronically submitted the foregoing CORPORATE DISCLOSURE STATEMENT to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in the ECF System.

Respectfully submitted,

/s/ Gregory B. Collins
KERCSMAR FELTUS & COLLINS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, AZ 85251
Tel: (480) 990-6214
gbc@kfcfirm.com

Attorney for Defendant Argent Trust Company

**Addendum A to Corporate Disclosure Statement**

Argent Trust Company is a private Tennessee corporation wholly owned by Argent Financial Group, Inc. No public company is an owner of 10% or more of the stock of Argent Trust Company. Origin Bancorp, Inc., a publicly-traded company, owns more than 10% of the common stock of Argent Financial Group, Inc.