Ron Kilgard, AZ No.005902
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: rkilgard@kellerrohrback.com

Daniel Feinberg (admitted PHV)
**FEINBERG, JACKSON, WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, California 94704
Telephone: (510) 269-7998
Facsimile: (510) 269-7994
Email: dan@feinbergjackson.com

Gregory Y. Porter (admitted PHV)
Ryan T. Jenny (admitted PHV)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
Email: gporter@baileyglasser.com
Email: rjenny@baileyglasser.com

Patrick O. Muench (admitted PHV)
**BAILEY & GLASSER LLP**
317 W. Adams St., Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
Email: pmuench@baileyglasser.com

*Attorneys for Plaintiff Shana Robertson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Shana Robertson, on behalf of the Isagenix Worldwide, Inc. Employee Stock Ownership Plan and on behalf of a class of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Argent Trust Company, Jim Coover, Kathy Coover, Jim Pierce, and Tammy Pierce,<br><br>Defendants. | No. CV-21-1711-PHX-DWL<br><br>**PLAINTIFF'S NOTICE REGARDING STATUS OF ARBITRATION PROCEEDING** |

Pursuant to the Court's July 27, 2022 Order (Dkt. No. 34), Plaintiff Shana Robertson respectfully submit the following notice.

In its July 27, 2022 Order, the Court stayed this case and directed the Parties to "file a joint notice every six months concerning the status of the arbitration proceeding (with the first report due six months from the issuance of this order)." *See* Order at 21.[1] Plaintiff reports that she filed a demand for arbitration with the American Arbitration Association on September 8, 2022, a panel has been selected, and the proceeding remains pending.

The arbitration panel will hear two motions on March 31, 2023: (1) Defendants'/Respondents' Joint Motion to Stay and Require Claimant to Follow the Plan's Arbitration Procedure Or, in the Alternative, to Dismiss Claimant's Demand to Claimant's Failure to Follow the Arbitration Procedure (seeking to compel administrative exhaustion of claims); and (2) Plaintiff's/Claimant's Motion for a Declaration that the Arbitration Procedure Violates the American Arbitration Association's Due Process Protocols. Discovery has not commenced.

RESPECTFULLY SUBMITTED this 27th day of January, 2023.

*/s/ Gregory Y. Porter*
Gregory Y. Porter (admitted PHV)
Ryan T. Jenny (admitted PHV)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
Email: gporter@baileyglasser.com
Email: rjenny@baileyglasser.com

Patrick O. Muench (admitted PHV)
**BAILEY & GLASSER LLP**
317 W. Adams St., Suite 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
Email: pmuench@baileyglasser.com

---

[1] Plaintiff submits her own status report because the parties did not agree on the language of a joint status report.

1

Daniel Feinberg (admitted PHV)
**FEINBERG, JACKSON,**
**WORTHMAN & WASOW, LLP**
2030 Addison Street, Suite 500
Berkeley, California 94704
Telephone: (510) 269-7998
Facsimile: (510) 269-7994
Email: dan@feinbergjackson.com

Ron Kilgard, AZ No.005902
**KELLER ROHRBACK L.L.P.**
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: rkilgard@kellerrohrback.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 27, 2023, I electronically submitted the foregoing to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in the ECF System.

>Respectfully Submitted,
>
>*/s/ Gregory Y. Porter*
>Gregory Y. Porter