| | |
|---|---|
| Gregory B. Collins (#023158)<br>**KERCSMAR FELTUS &**<br>**COLLINS PLLC**<br>7150 E. Camelback Road, Suite 285<br>Scottsdale, AZ 85251<br>Tel:   (480) 990-6214<br>gbc@kfcfirm.com<br><br>Lars C. Golumbic (*pro hac vice*)<br>William J. Delany (*pro hac vice*)<br>Paul J. Rinefierd (*pro hac vice*)<br>**GROOM LAW GROUP,**<br>**CHARTERED**<br>1701 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>Tel:   (202) 857-0620<br>lgolumbic@groom.com<br>wdelany@groom.com<br>prinefierd@groom.com<br><br>*Attorneys for Defendant*<br>*Argent Trust Company* | Lorena C. Van Assche (#025408)<br>**THORPE SCHWER, P.C.**<br>3200 N. Central Ave., Suite 1560<br>Phoenix, AZ 85012<br>Tel:   (602) 682-6119<br>LVanAssche@thorpeshwer.com<br><br>Todd D. Wozniak (*pro hac vice*)<br>**HOLLAND & KNIGHT LLP**<br>1180 West Peachtree Street, NW,<br>Suite 1800<br>Atlanta, GA 30309<br>Tel:   (404) 817-8431<br>Todd.Wozniak@hklaw.com<br><br>Lindsey R. Camp (*pro hac vice*)<br>**HOLLAND & KNIGHT LLP**<br>777 South Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401<br>Tel:   (404) 817-8439<br>Lindsey.Camp@hklaw.com<br><br>*Attorneys for Defendants Jim*<br>*Coover, Kathy Coover, Jim Pierce,*<br>*and Tammy Pierce* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Shana Robertson, on behalf of the Isagenix Worldwide, Inc. Employee Stock Ownership Plan and on behalf of a class of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>Argent Trust Company, Jim Coover, Kathy Coover, Jim Pierce, and Tammy Pierce,<br><br>       Defendants. | No. CV-21-1711-PHX-DWL<br><br>**DEFENDANTS' NOTICE REGARDING STATUS OF ARBITRATION PROCEEDING** |

In response to the Court's July 27, 2022 Order (Dkt. No. 34), Defendants Argent Trust Company, Jim Coover, Kathy Coover, Jim Pierce, and Tammy Pierce (together, the "Defendants") respectfully submit the following notice.

In its July 27, 2022 Order, the Court stayed this case and directed the Parties to "file a joint notice every six months concerning the status of the arbitration proceeding (with the first report due six months from the issuance of this order)."[1] *See* Order at 21. As directed in the Order, Defendants report that Plaintiff filed a demand for arbitration with the American Arbitration Association on September 8, 2022. A panel of arbitrators has been empaneled, and the parties are briefing preliminary motions.

RESPECTFULLY SUBMITTED this 27th day of January, 2023.

/s/ Todd D. Wozniak (With Permission)
Lorena C. Van Assche
**THORPE SCHWER, P.C.**
3200 N. Central Ave., Suite 1560
Phoenix, AZ 85012
Tel:   (602) 682-6119
LVanAssche@thorpeshwer.com

Todd D. Wozniak (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
1180 West Peachtree Street, NW, Suite 1800
Atlanta, GA 30309
Tel:   (404) 817-8431
Todd.Wozniak@hklaw.com

Lindsey R. Camp (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
777 South Flagler Drive, Suite 1900
West Palm Beach, FL 33401
Tel:   (404) 817-8439
Lindsey.Camp@hklaw.com

*Attorneys for Defendants Jim Coover, Kathy Coover, Jim Pierce, and Tammy Pierce*

/s/ Gregory B. Collins
Gregory B. Collins (#023158)
**KERCSMAR FELTUS & COLLINS PLLC**
7150 E. Camelback Road, Suite 285
Scottsdale, AZ 85251
Tel:   (480) 990-6214
gbc@kfcfirm.com

Lars C. Golumbic (*pro hac vice*)
William J. Delany (*pro hac vice*)
Paul J. Rinefierd (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:   (202) 857-0620
lgolumbic@groom.com
wdelany@groom.com
prinefierd@groom.com

*Attorneys for Defendant Argent Trust Company*

---

[1] Defendants are filing their own notice because the parties were unable to agree to the terms of a joint notice, given Plaintiff's insistence on including specific details in the filing that Defendants believe violate confidentiality provisions in the Plan's dispute resolution process.

1