# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shana Robertson, | NO. CV-21-01711-PHX-DWL |
| Plaintiff, | **JUDGMENT ON ATTORNEY FEES** |
| v. | |
| Argent Trust Company, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 20, 2026, judgment is entered in favor of Plaintiff in the amount of $2,503,249.47 (consisting of $11,029.50 in damages, $2,359,909 in attorneys' fees, and $132,310.97 in costs) against Argent and the Selling Shareholder Trusts, jointly and severally    .

Debra D. Lucas
District Court Executive/Clerk of Court

February 20, 2026

s/ A. Roybal
By    Deputy Clerk